JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA MINIMALLY INVASIVE SURGICAL CENTER, INC., et al.<br><br>Defendants. | Case No.: CV 21-8462-GW-MRWx<br><br>**JUDGMENT** |

The Motion for Summary Judgment of Plaintiff, National Fire & Marine Ins. Co., came on regularly for hearing on November 7, 2022; Hon. George H. Wu, United States District Judge presiding.

Grant, Genovese & Baratta by Lance D. Orloff appeared on behalf of Plaintiff, National Fire & Marine Ins. Co. Newmeyer Dillion by C. Kendie Schlecht appeared on behalf of Defendants, California Minimally Invasive Surgical Center, Inc., and John C. Chiu, M.D. No appearance for Defendants, Stan Gerbrandt and Wija Carbajal.

The Court's Tentative Ruling was issued on November 3, 2022. After conferring with counsel present, the Court adopted its tentative ruling as its Final Ruling. The Court accepted Plaintiff's and appearing Defendants' agreement to mutually waive reimbursement of pre-rescission expenditures, waive post-judgment appeals, and to bear their own costs and attorney's fees. The Court now enters judgment in accordance with its rulings.

FOR GOOD CAUSE SHOWN, IT IS HEREBY ADJUDGED AND DECREED:

1. Because the Court finds that Plaintiff's claim for rescission of the Policy should be granted for the reasons stated in its Final Ruling, the Court hereby rescinds Plaintiff's Policy, and finds that Plaintiff, National Fire & Marine Ins. Co., does not owe a duty to defend or indemnify Defendants, California Minimally Invasive Surgery Center and John C. Chiu, M.D.

2. Plaintiff, National Fire & Marine Ins. Co., and Defendants, California Minimally Invasive Surgery Center and John C. Chiu, M.D., shall take nothing from each other by way of consequential damages and shall bear their own attorney's costs and attorney's fees.

3. Plaintiff, National Fire & Marine Ins. Co., shall recover costs of suit as against Defendants, Stan Gerbrandt and Wija Carbajal.

DATED: November 14, 2022

_____
HON. GEORGE H. WU
United States District Judge